296 U.S. 658
 56 S.Ct. 383
 80 L.Ed. 469
 RAILWAY ENGINEERING EQUIPMENT COMPANY et al., petitioners,
v.
OREGON SHORT LINE RAILROAD COMPANY.*
 No. 631.
 Supreme Court of the United States
 January 6, 1936
 
 Messrs. Wallace R. Lane and Hervey S. Knight, both of Chicago, Ill., for petitioners.
 
 
 1
 For opinion below, see 79 F.(2d) 469.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Tenth Circuit denied.
 
 
 
 *
 Rehearing denied 297 U. S. 727, 56 S. Ct. 497, 80 L. Ed. 1010.